FILED
CLERK, U.S. DISTRICT COURT

MAR - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Rasheed Townsend

    Defendant.

CASE NO. CR 08-1521 ABC

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143 (a)]

## I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Cent Dist California for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on Prior record _____

1
2 _____
3 _____
4     and/or
5 B.  (X)   The defendant has not met his/her burden of establishing by clear and
6     convincing evidence that he/she is not likely to pose a danger to the safety of
7     any other person or the community if released under 18 U.S.C. § 3142(b) or
8     (c).  This finding is based on _____
9     _____ALLEGATIONS IN PETITION_____
10 _____
11 _____
12 _____
13
14     IT IS THEREFORE ORDERED that the defendant be detained pending
15     further revocation proceedings.
16
17
18 Dated:  3/5/12
19
20                         [signature]
21                         _____
22                         MICHAEL R. WILNER
                            UNITED STATES MAGISTRATE JUDGE